# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL J. AUCOIN, JR.,
TONIE A. AUCOIN AND AUCOIN
HOMESTEAD, L.L.C.

NO.   2019 CW 0894

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

OCTOBER 25, 2019

---

In Re:    The Louisiana Coastal Protection and Restoration Authority, applying for rehearing, 23rd Judicial District Court, Parish of Assumption, No. 33837.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.** If applicant, the Louisiana Coastal Protection and Restoration Authority, seeks supervisory review of the trial court's October 9, 2019 judgment that denied the motion for summary judgment filed by applicant, then it must file a notice of intent with the trial court and file a writ application.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT